# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>INFORMATION STORED AT PREMISES<br>CONTROLLED BY GOOGLE, LLC | ) ) ) Case No. 5:24-mj-5017 ) ) ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the __Northern__ District of __California__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

This Court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1) and 2711(3)(A).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before __February 2, 2024__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Matthew A. Stinnett__ .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: __11:02 AM, Jan 19, 2024__

*Judge's signature*

City and state: __Lexington, Kentucky__   Matthew A. Stinnett, United States Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 5:24-mj-5017 | Date and time warrant executed: 01/19/2024 1548HRS EST | Copy of warrant and inventory left with: GOOGLE LLC. |
| Inventory made in the presence of: Damla Baycili Siegrist - GOOGLE LLC RECORDS CUSTODIAN | | |
| Inventory of the property taken and name(s) of any person(s) seized: Hash Values for Production Files (Google Ref. No. 51256814) 51256814.Location_001.zip: SHA512-3489e96a96a80d0b0b9bf77f4ae043f782ff53466534642a7c20f201d14adb66c6eeb0ba48d44f64923208664427c42af1e4be2effa8f3b9376faa9c6ed20cd4 Number of Reverse Location Obfuscated IDs: 0 | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: KYLE W. MCCAMMON

KYLE MCCAMMON
Digitally signed by KYLE MCCAMMON
Date: 2024.01.23 23:16:58 -05'00'

*Executing officer's signature*

K. MCCAMMON - LAW ENFORCEMENT OFFICER

*Printed name and title*